## M. C. MARTIN V. THE STATE.

No. 22077.  Delivered April 15, 1942.

The opinion states the case.

*Hoover, Hoover & Cussen,* of Canadian, and *R. T. Correll,* of Perryton, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment assessed being four years in the penitentiary.

No statement of facts or bills of exception are found in the record. Appellant filed a number of objections to the court's instructions to the jury, but in the absence of the facts we are in no position to appraise said objections.

The judgment is affirmed.